In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO.  09-14-00226-CR
_____


WILLIE D. HUBBARD JR., Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 359th District Court
Montgomery County, Texas
Trial Cause No. 13-03-03070 CR

MEMORANDUM OPINION

On May 9, 2014, Willie D. Hubbard Jr. filed a notice of appeal from a sentence imposed on January 30, 2014. We notified the parties that the notice of appeal did not appear to have been timely filed. On May 30, 2014, the appellant filed a motion for extension of time to file notice of appeal.

Hubbard filed a motion for new trial within thirty days of sentencing; therefore, his notice of appeal was due April 30, 2014. *See* Tex. R. App. P. 26.2(a)(2). The trial court signed an order granting the motion for new trial, but

1

subsequently set aside the order because the order had not been signed before the motion for new trial was overruled by operation of law. *See State v. Bates*, 889 S.W.2d 306, 310 (Tex. Crim. App. 1994). Hubbard filed a notice of appeal within fifteen days after the deadline for filing a notice of appeal, but his motion for extension of time was filed late. *See* Tex. R. App. P. 26.3. "When a notice of appeal, but no motion for extension of time, is filed within the fifteen-day period, the court of appeals lacks jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for lack of jurisdiction." *Olivo v. State*, 918 S.W.2d 519, 523 (Tex. Crim. App. 1996); *Freeman v. State*, 330 S.W.3d 922, 922 (Tex. App.—Beaumont 2011, no pet.). We deny the appellant's motion for extension of time to file notice of appeal and dismiss the appeal for lack of jurisdiction.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Opinion Delivered June 25, 2014
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.